No. 75–773.  CALLEY v. HOFFMAN, SECRETARY OF THE ARMY, ET AL.  C. A. 5th Cir.  Certiorari denied.  ■■

No. 75–908.  SHAPE SPA FOR HEALTH & BEAUTY, INC., ET AL. v. ROUSSEVE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–920.  MCNAMARA ET AL. v. JOHNSTON ET AL. C. A. 7th Cir.  Certiorari denied.

No. 75–934.  FLANAGAN ET AL. v. MCDONNELL DOUGLAS CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.  ■

No. 75–939.  MESCALERO APACHE TRIBE ET AL. v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 75–997.  MELNIK ET UX. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–1014.  ARIZONA PUBLIC SERVICE CO. ET AL. v. ARIZONA POWER POOLING ASSN. ET AL.  C. A. 9th Cir. Certiorari denied.

No. 75–1030.  WOROZBYT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–1060.  METZGER ET AL. v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 73–1063.  THRIFT DRUG, A DIVISION OF J. C. PENNEY CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir.  Certiorari denied.